IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PIASA COMMERICAL INTERIORS, INC.,

Plaintiff,

v.

J.P. MURRAY COMPANY, INC. d/b/a
MURRAY COMPANY,

Defendant.                                                      No. 07-617-DRH

**ORDER**

**HERNDON, Chief Judge:**

       Before the Court is Defendant J.P. Murray Company, Inc. d/b/a Murray Company's ["J.P. Murray"] motion for order approving voluntary dismissal of Cross-Claims against Defendant Patriot Engineering and Environmental, Inc. ["Patriot"] (Doc. 108). Specifically, Defendant J.P. Murray moves to voluntary dismiss without prejudice its Cross-Claim against Patriot in order to avoid confusion which might occur by placing additional issues in front of the jury. Defendant J.P. Murray argues that the Cross-Claim against Patriot would involve additional issues including disputes over the standard terms and conditions which apply to the contract between J.P. Murray and Patriot. Based on the reasons set forth in the motion, the Court **ACKNOWLEDGES** Defendant J.P. Murray's voluntary dismissal (Doc. 108) and

**DISMISSE**S **without prejudice** Defendant J.P. Murray's Cross-Claim against Patriot.

   **IT IS SO ORDERED.**

Signed this 15th day of June, 2009.

/s/      *DavidRHerndon*
**Chief Judge**
**United States District Court**