IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PIASA COMMERICAL INTERIORS, INC.,**

**Plaintiff,**

**v.**

**J.P. MURRAY COMPANY, INC., d/b/a
MURRAY COMPANY,**

**and**

**FIDELITY AND DEPOSIT COMPANY
OF MARYLAND,**

**Defendants.**                                        No. 07-617-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff's Agreed Upon Motion for Additional Time to Respond to Defendants' Motion to Exclude/Limit the Testimony of William Pistrui (Docs. 146 & 147) and Defendants' Five Motions in Limine (Docs. 148, 149, 150, 151, & 152) (Doc. 153).  Specifically, Plaintiff asks for additional time up to and including June 28, 2010 in which to file a response to Defendants' motions.  Plaintiff states that some of the motions are rather lengthy which requires additional time to respond to them.  Defendants have no objection to the request.  Therefore, based on

the reasons in the motion, the Court **GRANTS** Plaintiff's motion for additional time (Doc. 153). Plaintiff will have up to and including **June 28, 2010** in which to file a response to Defendants' motion to exclude (Doc. 146) and Defendants' motions in limine (Docs. 148, 149, 150, 151, 152).

    **IT IS SO ORDERED.**

Signed this 22nd day of June, 2010.

                                                      /s/  David R Herndon
                                                    **Chief Judge**
                                                    **United States District Court**