## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PIASA COMMERCIAL INTERIORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> J.P. MURRAY COMPANY, INC. d/b/a ) <br> MURRAY COMPANY ) <br> ) <br> and ) <br> ) <br> FIDELITY AND DEPOSIT COMPANY OF ) <br> MARYLAND and ) <br> PATRIOT ENGINEERING AND ) <br> ENVIRONMENTAL, INC. ) <br> ) <br> Defendants. ) | Case No. 3:07-CV-617-DRH-DGW <br><br> CJRA Track: B <br><br> The Honorable David R. Herndon, <br> District Judge Presiding <br><br> **PLAINTIFF DEMANDS TRIAL <br> BY A JURY ON ALL CLAIMS <br> AND ISSUES.** |

### ORDER

Plaintiff's Motion to Continue Previously Served Trial Subpoenas, for the trial setting of November 15, 2010, to the trial setting of April 18, 2011, is considered and granted.

The Subpoenas previously served on Brian White, John O'Hara, John P. Miller, Thomas Underhill, John Hahn and Mark Marquart are continued in full force and effect for the trial setting of April 18, 2011.

So Ordered this 16th day of November, 2010.

David R. Herndon
2010.11.16
10:22:18 -06'00'

JUDGE