IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PIASA COMMERCIAL INTERIORS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-617-DRH |
| vs. ) | |
| ) | |
| J.P. MURRAY COMPANY, INC. d/b/a ) | |
| MURRAY COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants' Motion to Continue Previously Served Trial Subpoenas, for the trial setting of November 15, 2010, to the trial setting of April 18, 2011, is considered and granted.

The Subpoenas previously served on David Seaton, Jr. and Erik Lepes are continued in full force and effect for the trial setting of April 18, 2011.

So Ordered this 18th day of November, 2010.

David R. Herndon
2010.11.18 15:39:54
-06'00'

Honorable David R. Herndon

1662186.1