IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PIASA COMMERCIAL INTERIORS, INC.,**

**Plaintiff,**

**v.**

**J.P. MURRAY COMPANY, INC. d/b/a
MURRAY COMPANY, et al.,**

**Defendants.**  No. 07-617-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a stipulation for dismissal of all pending claims with prejudice (Doc. 197) filed by counsel for the parties. Specifically, the parties request that the case be dismissed with prejudice, each party to bear its own costs. The parties note, however, that the counter claims of J.P. Murray Co. against Patriot Engineering and Environmental, Inc. were previously dismissed without prejudice and are not affected by this dismissal. Thus, this dismissal applies to all other claims in this case, including Piasa Commercial Interiors, Inc.'s complaint against all named defendants, and J.P. Murray Co.'s counter claims against Piasa Commercial Interiors, Inc. The Court **ACKNOWLEDGES** the dismissal and

**DISMISSES with prejudice** that portion of the case as indicated, each party to bear its own costs. The Court directs the clerk to close the file.

**IT IS SO ORDERED.**

Signed this 13th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.13 12:28:48 -05'00'

**Chief Judge
United States District Court**